**Fill in this information to identify the case:**

Debtor 1: DiMarko Burns

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number 13-20700

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2

**Court Claim No.** (if known): N/A

**Last four digits** of any number you use to identify the debtor's account: XXXXXX9496

**Property Address:** 10417 South Church Street
Number    Street

Chicago, IL 60643
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as the date of this response is:    $_____

## Part 3: Postpetition Default Payments

*Check one:*

☐ Creditor states the debtor(s) are current with all Postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next Postpetition payment from the debtor (s) is due on:

☒ Creditor states the debtor(s) are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $42,167.51 |
| b. | Funds on hand to apply to total fees, charges, expenses, escrow, and costs outstanding: | - (b) | $(1,072.15) |
| c. | **Total**. Add lines a and b. | (c) | $41,095.36 |

Creditor asserts that the debtor(s) are contractually obligated
for the postpetition payment(s) that first became due on:    01/01/2016

Debtor 1: DiMarko Burns                                              Case number (if known): 13-20700
          First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Richard B. Aronow                                  Date 08/28/2018
         Signature

Print:     Richard B Aronow                               Title Attorney
       First Name   Middle Name   Last Name

Company    Shapiro Kreisman & Associates, LLC

Address    2121 Waukegan Road, Suite 301
       Number   Street

       Bannockburn, IL 60015
       City          State  ZIP Code

Phone      (847) 291-1717                                 Email

Debtor 1: DiMarko Burns
    First Name    Middle Name    Last Name

Case number (if known): 13-20700

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date:   August 28, 2018

Chapter 13 Trustee:  Tom Vaughn

Trustee Address:  55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name:  Ernesto Borges

Debtor's Counsel Address:  105 W. Madison St, 23rd Floor, Chicago, IL 60602

Debtor's Counsel Email:  notice@billbusters.com

Debtor 1 Name:  DiMarko Burns

Debtor 2 Name:

Debtor's Mailing Address:  10417 S. Church, Chicago, IL 60643

Debtor Email:

    /s/ Richard B. Aronow_____

Richard B Aronow